1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6
   Attorneys for defendant
7  Midland Credit Management, Inc.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 KEVIN CRUM,                      ) CASE NO.: CV10-5657 LB
13                                  )
                                    )
14         Plaintiff,                ) [PROPOSED] ORDER VACATING
                                    ) CASE MANAGEMENT
15     vs.                           ) CONFERENCE AND DISMISSAL
                                    ) OF ACTION
16                                  )
                                    )
17 MIDLAND CREDIT                   )
   MANAGEMENT, INC.,                )
18                                  ) Hon. Laurel Beeler
                                    )
19         Defendant.                )
                                    )
20 _____   )

21

22

23

24

25

26

27

28

---

CRUM V. MIDLAND CREDIT MANAGEMENT, INC. (CASE NO.: CV10-5657 LB)
[PROPOSED] ORDER RE REQUEST FOR DISMISSAL

[~~PROPOSED~~ ORDER]

Pursuant to the Notice of Settlement and Request to Vacate Case Management Conference filed by the parties, and good cause appearing, IT IS HEREBY ORDERED THAT

The Case Management Conference set for this matter is VACATED. The parties are directed to file a Request for Dismissal within 30 days of this Order.

IT IS SO ORDERED:

DATED: March 28, 2011

By: _____
Honorable Laurel Beeler

*IT IS SO ORDERED*
*Judge Laurel Beeler*